# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THE OHIO CASUALTY INSURANCE
COMPANY,

               Plaintiff,

v.                                                                                  Case No:   6:25-cv-1905-CEM-LHP

CITORY SOLUTIONS, LLC, SCOTT
RISSER, NEIL KARHOFF, STEVE
CHMIELOWSKI and ALINA
CHMIELOWSKI,

               Defendants

## ORDER

Before the Court is The Ohio Casualty Insurance Company's Motion for Extension of Time to Effect Service.  Doc. No. 21.  Upon consideration, the motion is **GRANTED**, to the extent that the deadline for Plaintiff to effect service on Defendants Citory Solutions, LLC, Scott Risser, and Neil Karhoff, and to file proof thereof, is extended up to and including **April 13, 2026**.  Fed. R. Civ. P. 4(l), (m).  Given the length of this extension, absent extraordinary circumstances, this deadline will not be further extended.

This Order does not otherwise speak to the Order to Show Cause issued by the presiding District Judge.  *See* Doc. No. 17.

**DONE** and **ORDERED** in Orlando, Florida on January 14, 2026.

                                              LESLIE HOFFMAN PRICE
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties